**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James A. Drennan** | : | Case No. 13–25249–CMB |
| **Katherine A. Drennan** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 83 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     **AND NOW,** this ***28th day of September, 2016,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-25249-CMB
James A. Drennan                                                    Chapter 13
Katherine A. Drennan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 2          Date Rcvd: Sep 28, 2016
                             Form ID: 309         Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
```
db/jdb     +James A. Drennan,   Katherine A. Drennan,   301 Lexington Court,   Carnegie, PA 15106-1909
cr         +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
            Pittsburgh, PA 15212-5860
13810062   +Borough of Carnegie,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
            Pittsburgh, PA 15219-6101
13768043   +Chase,   PO Box 24696,   Columbus, OH 43224-0696
13792684    ECMC,   c/o SAF of Montana,   PO Box 16408,   St. Paul, MN 55116-0408
13768047   +Goehring, Rutter & Boehm: Attn McCabe,   1424 Frick Building,   437 Grant Street,
            Pittsburgh, PA 15219-6002
13768049   +Jordan Tax Service, Inc.,   102 Rahway Road,   Canonsburg, PA 15317-3349
13768050   +Jordan Tax Service, Inc.,   Borough of Carnegie,   102 Rahway Road,   McMurray, PA 15317-3349
13768051   +KML Law Group,   Suite 500 BNY Mellon Independence Center,   701 Market Street,
            Philadelphia, PA 19106-1538
13886258    Navient Solutions Inc.,   Department of Education Loan Services,   P.O. Box 9635,
            Wilkes-Barre, PA  18773-9635
13768053    Quest Diagnostics,   PO Box 55126,   Boston, MA 02205-5126
13768054   +SAF/Trustudent,   2500 E Broadway Street,   Helena, MT 59601-4901
13768056   +United Auto Credit,   1071 Camelback Street,   Suite 100,   Newport Beach, CA 92660-3046
13853247   +United Auto Credit Corporation,   1071 Camelback, Suite 100,   Newport Beach , CA 92660-3046
13768057   +Verizon,   PO Box 5029,   Wallingford, CT 06492-7529
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13853569   +EDI: AIS.COM Sep 29 2016 01:23:00     American InfoSource LP as agent for,   Verizon,
            PO Box 248838,   Oklahoma City, OK  73124-8838
13770526   +EDI: AIS.COM Sep 29 2016 01:23:00     American InfoSource LP as agent for,
            Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
13902333   +EDI: ATLASACQU.COM Sep 29 2016 01:23:00     Atlas Acquisitions LLC,   294 Union St.,
            Hackensack, NJ 07601-4303
13768044   +EDI: CCS.COM Sep 29 2016 01:23:00     Credit Collection Services,   2 Wells Ave.,   Dept. 773,
            Newton Center, MA 02459-3225
13768045   +E-mail/Text: hariasdiaz@creditmanagementcompany.com Sep 29 2016 01:55:42
            Credit Management Co.,   2121 Noblestown Rd.,   Pittsburgh, PA 15205-3956
13768046   +EDI: NAVIENTFKASMDOE.COM Sep 29 2016 01:23:00     Dept of Education/Sallie Mae,   PO Box 9635,
            Wilkes Barre, PA 18773-9635
13850276   +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 29 2016 01:56:08     Duquesne Light Company,
            c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
            Pittsburgh, PA 15219-1908
13768048   +EDI: HFC.COM Sep 29 2016 01:13:00     HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
13857710   +EDI: RESURGENT.COM Sep 29 2016 01:23:00     PYOD, LLC its successors and assigns as assignee,
            of B-Line, LLC,   Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13772193    E-mail/Text: ebn@vativrecovery.com Sep 29 2016 01:54:23     Palisades Collection, LLC,
            Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Collection, LLC,
            PO Box 40728,   Houston, TX  77240-0728
13768052    E-mail/Text: csc.bankruptcy@amwater.com Sep 29 2016 01:56:03     Pennsylvania American Water,
            PO Box 578,   Alton, IL 62002-0578
13768055   +E-mail/Text: PFS.Analyst@stclair.org Sep 29 2016 01:55:51     St. Clair Hospital,
            PO Box 640831,   Pittsburgh, PA 15264-0831
13774217    EDI: ECAST.COM Sep 29 2016 01:23:00     eCAST Settlement Corporation, assignee,
            of HSBC Bank Nevada and its Assigns,   POB 35480,   Newark, NJ 07193-5480
                                                                                              TOTAL: 13
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Borough of Carnegie
cr           Duquesne Light Company
cr           JPMORGAN CHASE BANK, N.A.
cr*         +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
aty         ##+The Debt Doctors, LLC,   310 Grant Street,   Suite 1701,   Pittsburgh, PA 15219-2239
                                                                              TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2        User: jhel              Page 2 of 2              Date Rcvd: Sep 28, 2016
                           Form ID: 309             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Irene M. Costello    on behalf of Debtor James A. Drennan icostello@shipkevich.com,
           G31548@notify.cincompass.com;irene.costello@gmail.com
          Irene M. Costello    on behalf of Joint Debtor Katherine A. Drennan icostello@shipkevich.com,
           G31548@notify.cincompass.com;irene.costello@gmail.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
           cnoroski@grblaw.com
          Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;tmatiasic@yahoo.com
          Matthew M. Herron    on behalf of Joint Debtor Katherine A. Drennan mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;tmatiasic@yahoo.com
          Matthew M. Herron    on behalf of Debtor James A. Drennan mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;tmatiasic@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Stephen J. Hanak    on behalf of Debtor James A. Drennan sjh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
          Stephen J. Hanak    on behalf of Joint Debtor Katherine A. Drennan sjh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
                                                                                      TOTAL: 13
```