Case 13-25249-CMB    Doc 88    Filed 11/02/16    Entered 11/02/16 14:19:59    Desc Main
Document    Page 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br>JAMES A. DRENNAN <br> KATHERINE A. DRENNAN <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:13-25249 <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/19/2013 and confirmed on 03/07/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,066.84 |
| Less Refunds to Debtor | 242.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 30,824.04 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,604.97 | |
|   Trustee Fee | 1,146.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,751.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CHASE HOME FINANCE | 0.00 | 22,682.13 | 0.00 | 22,682.13 |
|     Acct: 1305 | | | | |
|   CHASE HOME FINANCE | 5,500.00 | 491.23 | 0.00 | 491.23 |
|     Acct: 1305 | | | | |
|   CARNEGIE BOROUGH (SWG) | 2,532.70 | 149.51 | 481.87 | 631.38 |
|     Acct: XXXXXXXXXXXXXXXXX1-13 | | | | |
|   CARNEGIE BOROUGH (SWG) | 1,412.89 | 113.29 | 0.00 | 113.29 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX-INT | | | | |
|   UNITED AUTO CREDIT CORP(*) | 630.76 | 630.76 | 168.03 | 798.79 |
|     Acct: 3269 | | | | |
| | | | | 24,716.82 |
| Priority | | | | |
|   IRENE M COSTELLO ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES A. DRENNAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES A. DRENNAN | 242.80 | 242.80 | 0.00 | 0.00 |
|     Acct: | | | | |

| 13-25249 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | JACOBY AND MEYERS BANKRUPTCY LLP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | THE DEBT DOCTORS LLC**<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-15 | 3,880.13 | 3,604.97 | 0.00 | 0.00 |
| | EQUITABLE GAS CO (*)<br>Acct: XXXXXXXXX9954 | 0.00 | 1,355.65 | 0.00 | 1,355.65 |
| | | | | | 1,355.65 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 5002 | 2,987.35 | 0.00 | 0.00 | 0.00 |
| | CREDIT COLLECTION SERVICES<br>Acct: 0760 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 3780 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SALLIE MAE INC**<br>Acct: 2011 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SALLIE MAE INC**<br>Acct: 2012 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ECAST SETTLEMENT CORP<br>Acct: 7103 | 381.40 | 0.00 | 0.00 | 0.00 |
| | JORDAN TAX SERVICE INC**<br>Acct: 9695 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENNSYLVANIA-AMERICAN WTR CO*<br>Acct: 9695 | 1,279.00 | 0.00 | 0.00 | 0.00 |
| | QUEST DIAGNOSTICS++<br>Acct: 8703 | 0.00 | 0.00 | 0.00 | 0.00 |
| | STUDENT ASSISTANCE FOUNDATION (SAF<br>Acct: 7000 | 5,494.31 | 0.00 | 0.00 | 0.00 |
| | SAF<br>Acct: 2SF0 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ST CLAIR HOSPITAL<br>Acct: 1523 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 8624 | 132.44 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 8626 | 93.24 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP O/B/O MIDLAI<br>Acct: 4621 | 2,300.13 | 0.00 | 0.00 | 0.00 |
| | PALISADES ACQUISITION/PALISADES CLL<br>Acct: 3913 | 323.76 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 0001 | 599.56 | 0.00 | 0.00 | 0.00 |
| | PYOD LLC - ASSIGNEE<br>Acct: 4749 | 1,128.51 | 0.00 | 0.00 | 0.00 |
| | DEPARTMENT OF EDUCATION<br>Acct: 7000 | 43,389.06 | 0.00 | 0.00 | 0.00 |
| | EQUITABLE GAS CO (*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ATLAS ACQUISITIONS LLC(++)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: 97FC | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | | 26,072.47 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 10,076.35 |
| UNSECURED | 58.108.76 |

Date: 11/02/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com